**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1462**

---

JERRY L. GENT,

Plaintiff - Appellant,

versus

SUSAN BOWERS, the Honorable Deputy Secretary
of United States Department of Education/
Office for Civil Rights,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-01-9-7-MC)

---

Submitted: May 17, 2001          Decided: May 25, 2001

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jerry L. Gent, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry L. Gent appeals the district court's order denying his motion for in forma pauperis status and dismissing his complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal as frivolous. We deny Gent's motion for leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED